```
                                   FILED
                            CLERK, U.S. DISTRICT COURT

                                   5/12/23

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:       WH        DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN THISTLEWAITE, individually, and on behalf of a Class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; ROBBIE GAZE, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00381-PSG-ARM<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL**<br><br>Judge:      Hon. Philip S. Gutierrez<br>Courtroom: 6A<br>                 (First Street Courthouse) |

Currently before the Court is the Parties' Joint Stipulated Request for Dismissal. Good cause appearing, the Parties Stipulation is GRANTED.

IT IS SO ORDERED.

DATED: 5/12/23

_____
Hon. Philip S. Gutierrez